**Order entered February 27, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00714-CV

### ROBERT L. WILSON, Appellant

### V.

### J. RANDLE HENDERSON, Appellee

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-15162**

## ORDER

By order dated February 22, 2019, we granted appellant's February 20, 2019 motion for leave to file an amended brief. That same day, appellee filed a response to the motion, stating he did not oppose the motion but requesting he have an opportunity to respond to any amended brief filed by appellant. Appellant filed his amended brief on February 25. We **GRANT** appellee's request and **ORDER** appellee file any amended brief by **March 8, 2019**.

          /s/    ERIN A. NOWELL
                  JUSTICE